# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

RAFAEL RODRIGUEZ

(Name and Address of Defendant)

**FILED**
AUG 2 0 2009 TC
AUG 20 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**

CASE NUMBER: **MAGISTRATE JUDGE VALDEZ**

**09 CR 706**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __04/11/1998__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Deputy U.S. Marshal__ and that this complaint is based on the following
<br>Official Title
facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

_Patrick B._ (signature)
Signature of Complainant
**Patrick B. Johnson**
**Detective, Chicago Police Department**
**Special Deputy U.S. Marshal**

Sworn to before me and subscribed in my presence,

August 20, 2009                at   Chicago, Illinois
Date                                City and State

Maria Valdez, United States Magistrate Judge        _Maria Valdez_ (signature)
Name & Title of Judicial Officer                     Signature of Judicial Officer

**STATE OF ILLINOIS** )
)  ss
**COUNTY OF COOK** )

## A F F I D A V I T

I, PATRICK B. JOHNSON, being duly sworn, depose and say:

1. I am a Chicago Police Department Detective currently assigned as a Task Force Officer/Special Deputy United States Marshal working with the Federal Bureau of Investigation (FBI), Chicago Division Violent Crimes/Fugitive Task Force. I have been employed as a Chicago Police Officer for more than thirteen years and am familiar with fugitive investigations. The information contained in this affidavit was furnished to me by the Chicago Police Department and the Cook County, Illinois State's Attorney's Office unless otherwise indicated.

2. On April 11, 1998, ERIVERTO MEJIA was shot and killed in Chicago, Illinois during a dispute between rival gang members. Investigation by Chicago Police Department Detectives determined that the offender in this homicide was RAFAEL RODRIGUEZ, a member of the LATIN SAINTS street gang. RODRIGUEZ was implicated by a charged co-defendant in this case and was later positively identified by an eyewitness via a photo array. Chicago Police Department personnel attempted to locate and apprehend RAFAEL RODRIGUEZ to no avail as investigation indicated he had fled Chicago, possibly for his

parents' native Mexico.

3. On April 24, 1998, after RAFAEL RODRIGUEZ was charged with one count of First Degree Murder, an Illinois felony, the Circuit Court of Cook County, Illinois issued a warrant for his arrest. A copy of the arrest warrant is attached to this affidavit.

4. Efforts to locate RODRIGUEZ in the Chicago area have been renewed multiple times since 1998 but have failed. Investigation by Chicago Police Department Detectives indicates that RODRIGUEZ may have fled to Mexico and found refuge with relatives residing in that country.

5. Based on the above information, I believe that RAFAEL RODRIGUEZ fled the State of Illinois to avoid prosecution for First Degree Murder.

6. The Cook County Sheriff's Department will extradite SANCHEZ when he is located.

PATRICK B. JOHNSON
Detective, Chicago Police Department
Special Deputy Unites States Marshal


Subscribed and Sworn to before
me this 20th day of August, 2009

Maria Valdez
United States Magistrate Judge

| Br. 66 | | | | |
|---|---|---|---|---|
| COURT BRANCH | TIME/CALL | OFFICER'S KEY | SHEET | LINE |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS
vs.

Rafael Rodriguez

Case No. 98126505-01

BFW [ ]

FULL COPY

### ARREST WARRANT

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE — GREETING:

We command you to arrest **Rafael Rodriguez** (Defendant)

for the offense of **720 ILCS 5/9 1a2** (Chapter)(Section) **Homicide/1st Deg. Murder** (Description)

Stated in a charge now pending before this court and that you bring him instanter before The Circuit Court of Cook County at **2650 South California, Chicago, Cook, Illinois** (Location) **Br. 66** (Rm)

or, if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

**GEOGRAPHIC LOCATIONS**
- [ ] COOK COUNTY ONLY
- [ ] COOK, LAKE, McHENRY KANE, DUPAGE & WILL COUNTIES
- [ ] STATE WIDE
- [X] OTHER

Issued in Cook County **April 24, 19 98**

Bail Fixed at $ **No Bail**

_____ Judge _____ Code

WITNESS: AURELIA PUCINSKI, CLERK OF THE COURT and the Seal thereof **April 24, 19 98**

Clerk of The Circuit Court    By _____ Deputy Clerk

### INFORMATION AND DESCRIPTION OF DEFENDANT

Name: **RODRIGUEZ, Rafael**    Alias: **"Choke" "Ralphy" RODRIGUEZ, Jose**

Residence: **Lka 4533 S. Marshfield**    City/Town: **Chicago**    State: **Cook Illinois**    Zip: **60612**

| Sex | Race | Weight | Height | D.O.B. | Age | Complexion | Build | Forfeited Bond No. |
|---|---|---|---|---|---|---|---|---|
| M | W/Hisp | 5'8 | 130 | 24Jul77 | 20 | Olive | Thin | |

IR #1094064    CB  N/A    SID

Complainant's Name: **MEJIA, Ervira (deceased)**    Address: **3310 W. 66th Place Chicago**

Det. S. BUGLIO #20865

Arresting Officer: **Det. T. Kelly #20229**    Star No. _____    Agency/Unit: **Al V/Crimes 610**

WHEN ARREST IS MADE IF DEFENDANT MAKES BAIL PLEASE SET COURT DATE FOR _____

### CLERK OF THE CIRCUIT COURT OF COOK COUNTY

1. ORIGINAL TO SHERIFF OR POLICE DEPT.

CCG-58-20M-3-25-92(21156)